# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RONALD STOVALL**                                                                                          **PLAINTIFF**

**V.**                            **CASE NO. 3:16-CV-167-BD**

**NANCY BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the Memorandum Opinion and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, without prejudice.

DATED this 3rd day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE